

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,798-03

## EX PARTE BASILIO CRUZ, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 2018-DCR-00222-A IN THE 107TH DISTRICT COURT
## FROM CAMERON COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of one count of possession of marihuana and one count of possession of cocaine and sentenced to five years' imprisonment for each count. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that counsel was ineffective and that law enforcement violated his Fourth Amendment rights. Applicant does not allege facts which, if true, would entitle him to relief. *Ex parte Maldonado*, 688 S.W.2d 114, 116 (Tex. Crim. App. 1985). Nevertheless, the State and trial court recommend that Applicant be granted relief because he agreed to an illegal sentence. It is apparent from the face of the record that Applicant is entitled to relief.

Relief is granted. *Brady v. United States*, 397 U.S. 742 (1970). The judgment in cause number 2018-DCR-0222 in the 107th District Court of Cameron County is set aside, and Applicant is remanded to the custody of the Sheriff of Cameron County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: April 29, 2020
Do not publish